```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                     CASE NO. 09CR20052-001

JUSTIN YOUNGBLOOD                                     DEFENDANT

## O R D E R

Before the Court is the Government's Motion to Dismiss the Indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (Doc. 14).  The Court, being well and sufficiently advised, finds that the Government's Motion should be GRANTED.  Accordingly, the Indictment (Doc. 1) is DISMISSED against Separate Defendant Justin Youngblood.

IT IS SO ORDERED this 13th day of March 2010.

                              */s/ Robert T. Dawson*
                              Honorable Robert T. Dawson
                              United States District Judge